United States District Court
Southern District of Texas
FILED

MAR 17 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANDRA CLEGHORN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-114 |
| | § | JURY |
| YEAMANS, INC. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Sandra Cleghorn, files her original complaint against Yeamans, Inc.

1. **Parties.** Plaintiff is an individual residing in Texas. Defendant is a Texas corporation which may be served by serving its registered agent, Douglas Yeamans, 129 S. McCampbell, Aransas Pass, Texas 78336.

2. **Jurisdiction and venue.** The Court has jurisdiction under the Jones Act, 46 U.S.C. § 688 and, alternatively, under admiralty jurisdiction. Also under § 688, venue is proper in this Court because Defendant has its principal office within the Southern District of Texas, Corpus Christi Division.

3. **Facts and claims.** On or about January 6, 1999, Plaintiff's husband, Jimmy Cleghorn, was aboard a vessel owned by his employer, Defendant. Plaintiff's husband, a Jones Act seaman, fell overboard and drowned. Defendant provided an inadequate crew for the vessel. This conduct constitutes negligence and rendered the vessel unseaworthy. Defendant's conduct caused Plaintiff's husband's death and her resulting damages, for which she seeks recovery from Defendant.

4. **Jury demand.** Plaintiff hereby requests a jury trial.

HONORABLE JANIS GRAHAM JACK

5. **Prayer.** For these reasons, Plaintiff requests that she recover judgment from Defendant for her actual damages, interest, costs, and all other proper relief.

Respectfully submitted,

_____
VAN HUSEMAN
Admission No. 1167
State Bar No. 10323500
Attorney-in-Charge for Plaintiff
Huseman & Pletcher
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
(361) 883-3563   FAX (361) 883-0210

f:\attys\cliff\cleghorn.complaint.doc