UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **Sandra Cleghorn** § | | |
| Plaintiff § | | |
| § | | C.A. NO. C-00-114 |
| § | | |
| **Yeamans, Inc.** § | | |
| Defendant. § | | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff, SANDRA CLEGHORN, and moves the Court to dismiss Defendant YEAMANS, INC. and would respectfully show the Court that all controversies between them have been compromised and settled.

This motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this matter be dismissed with prejudice and that all costs of Court be taxed against the party incurring same.

Respectfully submitted,

_____
**VAN HUSEMAN**
Attorney-in-Charge for Plaintiff
State Bar No. 10323500
Federal Admissions No. 1167

600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
(361) 883-3563   FAX (361) 883-0210

Of Counsel:

**HUSEMAN & PLETCHER**

3.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was this 10th day of April, 2000, mailed by certified mail, return receipt requested to the following:

Mr. Jack C. Partridge
Royston, Rayzor, Vickery & Williams
Wilson Plaza West
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476

VAN HUSEMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **Sandra Cleghorn** | § | |
| Plaintiff | § | |
| | § | C.A. NO. C-00-114 |
| | § | |
| **Yeamans, Inc.** | § | |
| Defendant. | § | |

## ORDER

On this _____ day of _____, 2000, came on to be considered Plaintiff's Motion to Dismiss. The Court is of the opinion that said Motion should be, and hereby is, granted.

SIGNED this _____ day of _____, 2000.


_____
JUDGE PRESIDING