UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2000

Michael N. Milby, Clerk of Court

**Sandra Cleghorn** §
  Plaintiff §
§ C.A. NO. C-00-114
§
**Yeamans, Inc.** §
  Defendant. §

## ORDER

On this _11th_ day of _April_, 2000, came on to be considered Plaintiff's Motion to Dismiss. The Court is of the opinion that said Motion should be, and hereby is, granted.

SIGNED this _11th_ day of _April_, 2000.

_____
JUDGE PRESIDING